THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Barry Anthony Hamer,       
Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-496 
Submitted June 9, 2003  Filed August 26, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate 
 Defense, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Edgar Lewis Clements, III, of Florence, for 
 Respondent.
 
 
 

PER CURIAM: Barry Anthony Hamer appeals 
 from his guilty plea to armed robbery and two counts of assault and battery 
 with intent to kill.  He contends the circuit court erred by accepting his guilty 
 plea without properly advising him of the sentencing consequences he faced.  
 Hamers counsel attached to the brief a petition to be relieved as counsel, 
 stating she had reviewed the record and concluded Hamers appeal lacks merit.  
 After a thorough review of the record and counsels brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Hamers appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.